IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-77

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TAMIR DION SIMMONS (2) | ) | |

**THIS MATTER** is before the Court on the United States' motion for an order that funds held by the Cornelius Police Department be applied to restitution in this case, (Doc. No. 61: Amended Motion), to which neither the defendant nor the Cornelius Police Department objects, (Doc. No. 62).

**IT IS, THEREFORE, ORDERED** that the Cornelius Police Department shall convey the $25,485.00, Cornelius Police Department case number 131231095001, to the Office of the United States District Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, in satisfaction of the restitution and special assessment imposed by the criminal judgment in this matter.

Signed: October 17, 2016

Robert J. Conrad, Jr.
United States District Judge